IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

SALVADOR SANCHEZ,

                                                           ORDER

                Plaintiff,

                                                           19-cv-195-bbc

      v.

ANDREW HUBER, PAULINE HULSTEIN
and C.O. JOHN DOE,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

       In an order entered on May 9, 2019, I granted pro se plaintiff Salvador Sanchez leave to proceed on Eighth Amendment claims that: (1) defendants Andrew Huber and correctional officer John Doe failed to take reasonable measures to insure that plaintiff received his medication in a timely manner; and (2) defendant Pauline Hulstein refused to let plaintiff get stitches or see a doctor for a head laceration. Dkt. #8. I stayed a decision on plaintiff's request to proceed on state law negligence claims against defendants because plaintiff had not stated whether he had satisfied Wisconsin's notice of claim statute, Wis. Stat. § 893.82. Plaintiff has responded, stating that he submitted a notice of claim to the attorney general before filing this lawsuit. Dkt. #9. Based on plaintiff's response, I conclude that plaintiff may proceed with negligence claims against defendants based on the same allegations that support his Eighth Amendment claims.

1

ORDER

IT IS ORDERED that the screening order in this case, dkt. #8, is AMENDED to state that plaintiff Salvador Sanchez is GRANTED leave to proceed on state law negligence claims against defendants Andrew Huber and John Doe related to the provision of his medication and defendant Pauline Hulstein for treatment of his head laceration.

Entered this 24th day of May, 2019.

BY THE COURT:

/s/
_____
BARBARA B. CRABB
District Judge