IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SALVADOR SANCHEZ,

    Plaintiff,

  v.

Case No. 19-cv-195-bbc

ANDREW HUBER, SETH WANTY
PAULINE HULSTEIN, AND HSU
MANAGER MAASEN,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| s/ | 2/24/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |